IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICKY ASHLEY**                                                                                                          **PLAINTIFF**
**ADC #099718C**

**V.**              **CASE NO: 4:20-CV-00802 JM**

**DONALD J. TRUMP,** *et al.*                                                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 8th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE